Decided November 10, 1988

THOMAS P. FONG ET AL. *v.* PLANNING AND ZONING BOARD OF APPEALS OF THE TOWN OF GREENWICH

The plaintiffs' petition for certification for appeal from the Appellate Court, 16 Conn. App. 604, is granted, limited to the following issues:

"1. Did the Appellate Court err in determining that a landowner whose building permit was revoked by the Planning and Zoning Appeals (the 'Board') could not

properly appeal the Board's decision to the Superior Court without citing in, as a party defendant, the abutting owner who successfully challenged the permit before the Board?

"2. Did the Appellate Court err in determining that an abutting owner, with notice of the appeal, did not waive his right to intervene by waiting until after the trial court rendered a judgment unfavorable to him?"

*Haden P. Gerrish,* in support of the petition.

*James A. Fulton* and *James W. Macauley,* town attorney, in opposition.

Decided November 10, 1988